Bruce W. Brewer, OSB #925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **DEBRA BURGESS,** | Case No. 6:22-cv-00759-HL |
| Plaintiff, | **ORDER FOR ATTORNEY FEES -** |
| v. | **42 USC §406(b)** |
| **COMMISSIONER,** Social Security Administration, | |
| Defendant. | |

It is ORDERED, based on applicable law, that the motion for attorney fees (ECF #37) is hereby GRANTED and that an attorney fee pursuant to 42 U.S.C. §406(b) in the amount of $36,147.39 is hereby awarded to Plaintiff's Counsel Bruce Brewer. It is ORDERED that the fee is to be paid out of Plaintiff's past-due benefits in accordance with agency policy. In generating the payment, the agency shall deduct the awarded fee under the EAJA in the amount of $7,281.26 and provide to Bruce Brewer the net

ORDER - 1

amount of $28,866.13, minus applicable processing and/or user fees, by check made payable to Bruce Brewer and send it to him at PO Box 421, West Linn, OR 97068.

Funds remaining after the payment of attorney fees shall be released to Plaintiff.

It is so ORDERED this __4th__ day of November, 2024.

Presented by:
Bruce W. Brewer, OSB #925581

_____
The Honorable Andrew D. Hallman
U.S. District Court Magistrate Judge

ORDER - 2